UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

USA

                Plaintiff,

vs.

Clemens Tinnemeyer

                Defendant.

District No. 2:09-CR-072 GMN RJJ

## ORDER TEMPORARILY UNSEALING TRANSCRIPT

On February 28, 2012 this court received a letter dated February 26, 2012 requesting a Transcript of the hearing held on March 24, 2011 from the Defendant, Clemens Tinnemeyer, in which **a portion of the hearing is sealed.**

**IT IS THE ORDER OF THE COURT** that portion of the sealed recording shall be unsealed by the Clerk for the limited purpose of providing a transcript of hearing as requested by the Defendant.

**IT IS FURTHER ORDERED** that the portion of the sealed recording shall thereafter be resealed by the Clerk, until further order of this Court.

**IT IS FURTHER ORDERED** that the Defendant shall not disclose the sealed contents of the transcript to anyone other than the representatives of the parties directly concerned with this case.

DATED this 28 day of February, 2012.

_____
Gloria M. Navarro
United States District Judge